IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Sandra Montoya, on Behalf of her Minor Child,
S.M., Rebecca Archuleta, on behalf of her
Minor Child, E.S., Bernadette Gallegos on behalf of
her Minor Child R.P., Charlene Guinn, on behalf
of her Minor Child S.V., Andrea Serna on behalf of
her Minor Child C.G., Jerry and Michelle Trujillo
on behalf of their Minor Child, G.T., Elizabeth McCall-Guinn on
behalf of her Minor Child, S.M.G., and, Rosa Contreras, on
behalf of her Minor Child M.P., and all others similarly situated,

       Plaintiffs,

  vs.                                                                                                                                              No. CV 10-651 WPJ/LFG

Española Public School District Board of Education,
Española School Board Members Joann V. Salazar,
Floyd Archuleta, Andrew J. Chavez, Leonard J. Valerio,
and Jose I. Archuleta, in their official capacities;
Superintendent Janette Archuleta, Associate Superintendent
Dorothy Sanchez, Española Valley High School Principal
Bruce Hopmeier, Española Valley High School Assistant
Principal Devanna Ortega, Española Valley High School
Assistant Principal Dolores Guzman, Carlos Vigil Middle School
Seventh Grade Principal Lewis Johnson, Carlos Vigil Middle
School Assistant Principal Dennis Gallegos, in their individual capacities;
City of Española Police Officers Brian Martinez and Danny Pacheco,
in their individual capacities; Elias Coriz and Cheryl Montoya,
individually and as owners of Big Ross, Inc. d/b/a ProSec Services;
Big Ross Security Guards Geraldine Martinez, Jason Archuleta,
Marty Valero, John Does 1-4; and, all similarly situated
Big Ross Security Guards,

       Defendants.

## MEMORANDUM OPINION AND ORDER DENYING DEFENDANT HOPMEIER'S MOTION TO DISMISS COMPLAINT AS MOOT

      THIS MATTER comes before the Court upon Defendant Hopmeier's Motion to Dismiss

Complaint, filed November 19, 2011 **(Doc. 34)**. The First Amended Complaint names Bruce

Hopmeier as the Española Valley High School Principal. In light of Plaintiffs' representation that Mr. Hopmeier will be dismissed from this action, *see* Doc. 193 at 9, the Court denies this motion as MOOT.

    **SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE